**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JUAN BAUTISTA LUGO,

    Petitioner,

v.                                    CASE NO. 8:08-CV-563-T-30TBM
                                      CRIM. CASE NO. 8:04-CR-457-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **O R D E R**

Petitioner has filed a Notice of Appeal (CV Dkt. 39) of this Court's March 27, 2012 order denying his motion for relief from judgment (CV Dkt. 36). The Court construes the Notice of Appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. §2253[1] (CV Dkt. 40), *see Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

The Court addressed Petitioner's claims in his § 2255 motion on the merits (See CV Dkt. 12). The Court denied Petitioner's motion for relief from judgment because it was untimely, and because he did not present exceptional circumstances that would entitle him to relief from judgment (see CV Dkt. 36). While issuance of a COA does not require a

---

[1] "[I]n . . . a proceeding under section 2255 . . , the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held. . . . (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from -- . . .(B) the final order in a proceeding under section 2255. . . . (2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

showing that the appeal will succeed, *see Miller-El v. Cockrell*, 537 U.S. 322, 336-37 (2003), under the controlling standard, a petitioner must demonstrate that reasonable jurists would find the Court's assessment of the petitioner's constitutional claims debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001). Petitioner has failed to make this threshold showing. *See Slack*, 529 U.S. at 485. Therefore, the Court finds a COA should be denied as to the order on Petitioner's motion for relief from judgment.

ACCORDINGLY, the Court **ORDERS** that Petitioner's construed application for issuance of a certificate of appealability (CV Dkt. 40) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on October 10, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Petitioner
Counsel of Record